PHILLIP A. TALBERT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

**FILED**

**NOV 1 3 2017**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY: _____
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:17-CV-02358-TLN-EFB |
| Plaintiff, | |
| v. | ORDER REGARDING CLERK'S ISSUANCE OF WARRANT FOR ARREST OF ARTICLES *IN REM* |
| APPROXIMATELY $14,000.00 IN U.S. CURRENCY and | |
| APPROXIMATELY $13,020.00 IN U.S. CURRENCY, | |
| Defendants. | |

WHEREAS, a Verified Complaint for Forfeiture *In Rem* has been filed on November 9, 2017 in the United States District Court for the Eastern District of California, alleging that the defendant Approximately $14,000.00 in U.S. Currency and the Approximately $13,020.00 in U.S. Currency ("defendant currency") are subject to forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(6) for one or more violations of 21 U.S.C. §§ 841 *et seq.*;

And WHEREAS, the Court being satisfied that, based on the Verified Complaint for Forfeiture *In Rem* and the affidavit of Trevor Covert, United States Postal Inspector with the United States Postal Inspection Service, there is probable cause to believe that the defendant currency so described constitutes property that is subject to forfeiture for such violation(s), and that grounds for the issuance of a Warrant for Arrest of Articles *In Rem* exist, pursuant to Rule G(3)(b)(i) of the Supplemental Rules

1

for Admiralty or Maritime Claims and Asset Forfeiture Actions;

IT IS HEREBY ORDERED that the Clerk for the United States District Court, Eastern District of California, shall issue a Warrant for Arrest of Articles *In Rem* for the defendant currency.

Dated: Nov. 13, 2017

KENDALL J. NEWMAN
United States Magistrate Judge