MCGREGOR W. SCOTT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:17-CV-02358-TLN-EFB |
| Plaintiff, | |
| v. | UNITED STATES' REQUEST TO EXTEND THE DEADLINE TO SUBMIT A JOINT STATUS REPORT FROM JANUARY 12, 2018 TO MARCH 12, 2018 |
| APPROXIMATELY $14,000.00 IN U.S. CURRENCY, and | |
| APPROXIMATELY $13,020.00 IN U.S. CURRENCY, | |
| Defendants. | |

The United States submits the following Request to Extend the Deadline to file a Joint Status Report from January 12, 2018 to March 12, 2018.

**Introduction**

On November 9, 2017, the United States filed a civil forfeiture complaint *in rem* against the above-captioned currency ("defendant currency"), based on its involvement in federal drug law violations. All known potential claimants to the defendant currency were served in a manner consistent with *Dusenbery v. United States,* 534 U.S. 161, 168 (2002) and the applicable statutory authority. Additionally, public notice on the official internet government forfeiture site, www.forfeiture.gov, began on November 16, 2017, and ran for thirty consecutive days, as required by Rule G(4)(a)(iv)(C) of Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. A Declaration of Publication was filed on December 18, 2017.

**Good Cause**

The United States has provided notice to all potential claimants pursuant to law. Specifically, the United States served a copy of the complaint documents to potential claimants Alyssa Valley and Dean Daniels via certified and first class mail as well as personal service, but they have not filed a claim. At this point, the time to file a claim and enter the case has expired.

Accordingly, the United States requested a Clerk's Default against Alyssa Valley and Dean Daniels and the Court entered a Clerk's Certificate of Entry of Default on December 26, 2017. The United States filed a motion for default judgment and final judgment of forfeiture with the Court and such filings, if/when granted, would terminate the case. No party has entered this case claiming an interest in the defendant currency.

For these reasons, the United States seeks to continue the deadline to file a Joint Status Report to March 12, 2018 (or to another date the Court deems appropriate).

Thus, there is good cause to extend the deadline to file a joint status report in this case from January 12, 2018 to March 12, 2018, or to a date the Court deems appropriate.

Dated:   1/10/2018              MCGREGOR W. SCOTT
                                United States Attorney


                                 /s/ Kevin C. Khasigian
                                KEVIN C. KHASIGIAN
                                Assistant U.S. Attorney

**ORDER**

Pursuant to the United States' request and good cause appearing, the Court makes the following order:

The deadline to file a Joint Status Report currently due on January 12, 2018 is extended to March 12, 2018.

**IT IS SO ORDERED.**
Dated: January 11, 2018

_____
Troy L. Nunley
United States District Judge