IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>APPROXIMATELY $14,000.00 IN U.S. CURRENCY, and<br><br>APPROXIMATELY $13,020.00 IN U.S. CURRENCY,<br><br>Defendants. | 2:17-cv-02358-TLN-EFB<br><br>DEFAULT JUDGMENT AND FINAL JUDGMENT OF FORFEITURE |

This matter came before the Honorable Magistrate Edmund F. Brennan on the United States' *ex parte* motion for default judgment. There was no appearance by or on behalf of any other person or entity claiming an interest in the above-captioned defendant currency to oppose the United States' motion. The Magistrate Judge has recommended that the United States' motion be granted. Based on the Magistrate Judge's findings and recommendations and the files and records of the Court, it is:

ORDERED, ADJUDGED AND DECREED:

1. The Magistrate Judge's findings and recommendations are adopted herein.
2. Alyssa Valley and Dean Daniels are held in default.
3. A judgment by default is hereby entered against any right, title, or interests of Alyssa Valley and Dean Daniels in Defendant currency referenced in the above caption.
4. A final judgment of forfeiture is hereby entered, forfeiting all right, title, and interest in

1

Defendant currency to the United States, to be disposed of according to law.

5. All parties shall bear their own costs and attorney's fees.

Dated: January 11, 2018

                                              Troy L. Nunley
                                              United States District Judge